FILED
JAN 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA    '08 MJ 8023

| | |
|---|---|
| UNITED STATES OF AMERICA ) | MAGISTRATE CASE No: _____ |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 8 U.S.C. § 1324(a)(2)(B)(iii) |
| ) | Bringing In Illegal Alien |
| Nidia RODRIGUEZ-Fregoso ) | Without Presentation (Felony) |
| ) | |
| Defendant. ) | |

The undersigned complainant, being duly sworn, states:

That on January 15, 2008, within the Southern District of California, defendant, Nidia RODRIGUEZ-Fregoso with the intent to violate immigration laws of the United States, knowing and in reckless disregard of the fact that one alien, namely, Jessica ESTEVES-Jacobo, had not received prior official authorization to come to, enter and remain in the United States, did bring to the United States said alien and upon arrival did not bring and present said aliens immediately to a Customs Border Protection Officer at the designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached Statement of facts, which is incorporated herein by reference.

_____
Jose Bolanos, CBP
Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16th DAY OF JANUARY 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
       v.
Nidia RODRIGUEZ-Fregoso

### STATEMENT OF FACTS

The complainant states that this complaint is based upon the reports of the apprehending officers and the investigation conducted by United States Customs & Border Protection Enforcement Officer Merced E. Hernandez.

On January 15, 2007, at approximately 12:28 P.M., Nidia RODRIGUEZ-Fregoso arrived at the Calexico, California, West Port of Entry, as the driver of a 1995 Mercury Villager.

During the primary inspection, Nidia RODRIGUEZ-Fregoso gave a negative Customs declaration to the primary United States Customs and Border Protection Officer (CBPO)R. Galaviz. CBPO Galaviz asked RODRIGUEZ for her citizenship. RODRIGUEZ stated she was a United States Citizen. RODRIGUEZ stated she didn't have any form of identification because she had forgotten it at home. RODRIGUEZ stated the vehicle belonged to her boyfriend. RODRIGUEZ and the vehicle were referred to secondary.

In Vehicle Secondary inspection, RODRIGUEZ gave CBPO B. Brown a negative Customs declaration. RODRIGUEZ stated she was born in Brawley, CA. RODRIGUEZ stated she went to Mexicali, B.C. Mexico, was to take her boyfriend to a rehabilitation clinic. CBPO Brown asked RODRIGUEZ who owned the vehicle and RODRIGUEZ stated it was her sister's vehicle.

CBPO D. Alba screen the 1995 Mercury Villager with his assigned narcotics and human detection dog (NHDD). The NHDD alerted to the left side quarter panel for the above the

1  vehicle. Jessica ESTEVES-Jacobo was discovered concealed inside
2  the quarter panels of the vehicle.
3      RODRIGUEZ was placed under arrest and advised of her rights
4  per Miranda by CBPOE Hernandez. RODRIGUEZ stated she understood
5  her rights and would answer questions without an attorney
6  present.
7      RODRIGUEZ initially stated she was unaware there was an
8  undocumented alien concealed in the vehicle she was driving.
9  RODRIGUEZ after finishing our first interview she was placed
10 back in a holding cell. RODRIGUEZ requested to speak to CBPOE
11 Hernandez and CBPOE D. Contreras. RODRIGUEZ advised she wanted
12 to provide additional information.
13     RODRIGUEZ was again advised of her Miranda rights and opted
14 to be truthful and forthcoming. RODRIGUEZ admitted she knew an
15 undocumented alien was concealed in the driver's side rear
16 quarter panel of the vehicle. RODRIGUEZ stated she had spoken
17 to her friend "Juan Lopez", and he asked her if she wanted to
18 make some money and smuggle a person into the United States.
19 RODRIGUEZ stated she agreed to smuggle the undocumented alien
20 for $700.00 and transport the undocumented alien to Calexico.
21 RODRIGUEZ stated she was going to drop off the undocumented
22 alien behind the Burger King Restaurant alley located in
23 Calexico. RODRIGUEZ admitted she had been previously deported
24 from the United States by an Immigration Judge and she had also
25 used the alias of Karla Rodriguez Villalejo.
26     Material Witness Jessica ESTEVES-Jacobo stated she is a
27 native and citizen of Mexico with no legal entry documents to
28 enter, reside or pass through the United States. ESTEVES stated

she had made the smuggling arrangements with an unknown smuggler to have her smuggled into the United States illegally. ESTEVES stated she was told that once she crossed she would have to pay $3,000.00 for being smuggled into the United States and her final destination was to be Sacramento, CA where she was to seek residence.

Material Witness:

| Name | Country of Birth |
|---|---|
| Jessica ESTEVES-Jacobo | MEXICO |

Further, the complainant states that she believes said alien is a citizen of a country other than the United States; that said alien has admitted that she is deportable; that her testimony is material, that it is impracticable to secure her attendance at the trial by subpoena; and she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.