1  KAREN P. HEWITT
   United States Attorney
2  CARLA J. BRESSLER
   Assistant United States Attorney
3  California State Bar No. 134886
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-6763
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8



9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,       )   Magistrate Case No.  08MJ8023
                                   )
12           Plaintiff,             )
                                   )   STIPULATION OF FACT AND JOINT
13      v.                          )   MOTION FOR RELEASE OF MATERIAL
                                   )   WITNESS(ES) AND ORDER THEREON
14 NIDIA RODRIGUEZ-FREGOSO,         )
                                   )
15           Defendant.             )   (Pre-Indictment
                                   )   Fast-Track Program)
16 _____

17      **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff,

18 UNITED STATES OF AMERICA, by and through its counsel, Karen P.

19 Hewitt, United States Attorney, and Carla J. Bressler, Assistant

20 United States Attorney, and defendant NIDIA RODRIGUEZ-FREGOSO, by

21 and through and with the advice and consent of defense counsel,

22 Richard Boesen, Esq., that:

23      1.   Defendant agrees to execute this stipulation on or before

24 the first preliminary hearing date and to participate in a full and

25 complete inquiry by the Court into whether defendant knowingly,

26 intelligently and voluntarily entered into it.  Defendant agrees

27 further to waive indictment and plead guilty to the pre-indictment

28 information charging defendant with a non-mandatory minimum count

CJB:kmm:1/17/08

of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

2. Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3. Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **February 15, 2008**.

4. The material witness Jessica Esteves-Jacobo, in this case:

    a. Is an alien with no lawful right to enter or remain in the United States;

    b. Entered or attempted to enter the United States illegally on or about January 15, 2008;

    c. Was found in a vehicle driven by defendant at the Calexico, West, California Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that she was an alien with no lawful right to enter or remain in the United States;

    d. Was paying/having others pay on her behalf $3,000 to others to be brought into the United States illegally and/or transported illegally to her destination therein; and,

    e. May be released and remanded immediately to the Department of Homeland Security for return to her country of origin.

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Nidia Rodriguez-Fregoso      2      08MJ8023

1  5. After the material witness(es) are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws her guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

a. The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

c. Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

6. By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

1     Based on the foregoing, the parties jointly move the
2 stipulation into evidence and for the immediate release and remand
3 of the above-named material witness(es) to the Department of
4 Homeland Security for return to their country of origin.

5     It is STIPULATED AND AGREED this date.

6                             Respectfully submitted,

7                             KAREN P. HEWITT
                              United States Attorney
8

9 Dated: 1/31/08

10                           CARLA J. BRESSLER
                          Assistant United States Attorney

11
12 Dated: 1-30-08

                          RICHARD BOESEN
13                           Defense Counsel for
                          NIDIA RODRIGUEZ-FREGOSO

14
15 Dated: 1-30-08

                          NIDIA RODRIGUEZ-FREGOSO
                          Defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Nidia Rodriguez-Fregoso     4     08MJ8023

**O R D E R**

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 1-31-08

_____
United States Magistrate Judge